**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NADA G. REBEIZ (A46-213-420),

                Plaintiff,

- against -

MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; ANDREA QUARANTILLO, District Director, New York District, United States Citizenship and Immigration Services; GWYNNE MACPHERSON, Assistant District Director, New York District, United States Citizenship and Immigration Services,

                Defendants.

Dkt. No. 08 Civ. 3152 (DLC) (DFE)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-captioned action be, and hereby is, transferred to the United States District Court for the Eastern District of New York, pursuant to 8 U.S.C. § 1447(b) and 28 U.S.C. § 1631.

New York, New York
April 23, 2008

NADA G. REBEIZ
Plaintiff *Pro Se*

_____
Nada G. Rebeiz
36-01 21st Avenue, 2nd Floor
Astoria, New York 11105
Tel.  (718) 937-0767

New York, New York
April 23, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_____
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769

SO ORDERED:

_____
Hon. Denise L. Cote
United States District Judge

April 24, 2008